■ ZACHARY GRAVELL, an Infant, by His Parent and Natural Guardian, KIMBERLY GRAVELL, Appellant, v JANET ZITO et al., Respondents. [629 NYS2d 700] —Order unanimously affirmed

without costs for reasons stated in decision at Supreme Court, Koshian, J. (Appeal from Order of Supreme Court, Niagara County, Koshian, J.—Summary Judgment.) Present—Denman, P. J., Pine, Wesley, Balio and Boehm, JJ.